DRUILHET, COURTNEY M.                                    CASE # 08-11816

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10107
60-249 / 433

| Case | Debtor |
|---|---|
| 08-11816 A 92000215750866 | DRUILHET, COURTNEY M. |
| CHECK DID NOT CLEAR TIMELY | |

TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date    03/23/2010     $ **********23.17

~~~Twenty-Three Dollars and 17/100

Pay to the Order of
U.S. BANKRUPTCY COURT
500 POYDRAS STREET
SUITE B-601
NEW ORLEANS LA 70130-0000

MICHAEL CHIASSON

⑈000010107⑈ ⑆043302493⑆ 92000215750866⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 226932   - KW
* * C O P Y * *
March 25, 2010
15:21:41

UNC.UNDER$25
08-11816

Debtor.: COURTNEY M. DRUILHET
Trustee: Michael Chiasson
Amount.:        $23.17 CH
Check#.: 10107

Total->   $23.17

FROM: CHIASSON

3/25/10
DEPOSITED TO 106000
Unclaimed funds

Due: PLAINS Commerce BANK

cv.

**Michael Chiasson, Panel Trustee**
United States Bankruptcy Trustee
Post Office Box 1666
Mandeville, La. 70470

(985) 674-9848

March 23, 2010

Financial Administrator
United States Bankruptcy Court
500 Poydras Street, Suite B - 601
New Orleans, La. 70130

Re: Case No.: 08-11816-A
    CASE Name: DRUILHET, COURTNEY M.

Dear Sir/Madam:

Pursuant to Rule 3011, Rules of Bankruptcy Procedure, I am transmitting to you, for deposit to the registry of the court, my check on this estate's bank account, which represents amounts due to the creditor(s) listed:

<u>PLAINS COMMERCE BANK</u>                                   <u>$23.17</u>
P. O. BOX 90340
SIOUX FALLS, SD 57109

My check is being sent to you because:
( XX ) I issued a check for the same amount, and the same payee listed above, and the check(s) remain unpaid 90 days since the time of issuance.
(    ) I issued a check for the same amount, and the same payee listed above, and the check(s) were returned to me by the Post Office.
(    ) No check was issued.  the amount due a creditor(s) is less than $5.00.

Sincerely;

*[signature]*

Michael Chiasson, Trustee.